NVB 5075 (Rev. 4/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>CARL LACKEY,<br>                Debtor(s) | BK−23−50403−hlb<br>CHAPTER 7<br><br>Adversary Proceeding: 23−05011−hlb |
| MARK E. SMITH, et al,<br>                Plaintiff(s)<br><br>vs<br><br>CARL LACKEY, et al,<br>                Defendant(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **4** – Motion for Remand ABSTAIN AND REMAND AND FOR RELIEF FROM STAY with Certificate of Service Filed by LUKE BUSBY on behalf of MARK E. SMITH (Attachments: # 1 Exhibit Complaint # 2 Exhibit Order Exempting Case from Arb # 3 Exhibit Jury Demand) (BUSBY, LUKE)<br><br>**5** – Notice of Hearing Hearing Date: 09/20/2023 Hearing Time: 10:00 with Certificate of Service Filed by LUKE BUSBY on behalf of MARK E. SMITH (Related document(s)4 Motion for Remand filed by Plaintiff MARK E. SMITH.)(BUSBY, LUKE) |
| Filed On: | 8/4/23 |
| With A Hearing Date Of: | 9/20/23 |
| And A Hearing Time Of: | 10:00 am |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Adversarial Parties

Dated: 8/7/23

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at <ins>https://www.nvb.uscourts.gov</ins>**